# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>ROXANNE LEE CASTILLO<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>) 2:25-mj-0098 AC<br>)<br>) |

**FILED**
Jun 25, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 6, 2023 and September 13, 2024__ in the county of __Stanislaus__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ Elizabeth A. Foley
*Complainant's signature*

Elizabeth A. Foley, U.S. Postal Inspector
*Printed name and title*

Sworn to me and signed via telephone.

Date: June 25, 2025

City and state: Sacramento, California

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

# AFFIDAVIT OF USPIS POSTAL INSPECTOR ELIZABETH FOLEY

I, Postal Inspector Elizabeth Foley, being duly sworn, hereby depose and state:

## CRIMINAL COMPLAINT FOR ARREST WARRANT

1. This Affidavit is submitted in support of an arrest warrant and criminal complaint charging **ROXANNE LEE CASTILLO** with:

   COUNT ONE:    Theft of Government Property, in violation of 18 U.S.C. § 641.

   COUNT TWO:    Theft of Government Property, in violation of 18 U.S.C. § 641.

## BACKGROUND AND EXPERTISE

2. I am a Postal Inspector ("PI") with the United States Postal Inspection Service, and have been since February 2017. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. I am currently assigned to the San Francisco Division and work out of the Stockton, California domicile. During my tenure, I completed formal training at the United States Postal Inspection Service Academy in Potomac, Maryland. As a part of my official duties, it is my responsibility to investigate violations of federal and state law, including, but not limited to, mail theft, fraud, and violent crimes connected to the United States Postal Service (USPS).

4. During my employment as a Postal Inspector, I have been the case agent or a contributing investigator for numerous investigations involving burglaries, robberies, assaults, threats, mail theft, fraud, identity theft, theft and destruction of government property, narcotics, firearms, and other dangerous items sent through the mail. I have also received formal instruction from other Postal Inspectors and federal, state, and local law enforcement officers who have done extensive work in the investigation of the aforementioned

5. crimes. Additionally, I have participated in the execution of numerous search and seizure warrants involving various types of evidence including, but not limited to, communication records, cellular data, documents, physical and biological evidence, to further criminal investigations.

5. The facts and information set forth herein are based upon my personal knowledge and observations, observations of other law enforcement personnel, my review of investigative reports, and discussions with other federal, state, and local law enforcement officials. Where I describe statements made by other people (including other agents and law enforcement officers), the statements are described in sum, substance, and relevant part. Similarly, where I describe information contained in reports and other documents or records in this affidavit, this information is also described in sum, substance, and relevant part. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## INTRODUCTION

6. The United States Postal Service is investigating a group of thefts and attempted thefts in the Modesto/Stockton area. The investigation has demonstrated that there is probable cause to believe Roxanne Lee Castillo enacted a scheme to steal large quantities of stamps from several post offices by requesting to purchase a large number of items, including stamps, then pocketing the stamps while distracting employees, failing to make a payment, and leaving the office with the stamps.

## STATUTORY AUTHORITY

7. This investigation concerns alleged violations of 18 U.S.C. § 641 relating to theft of government property, specifically, U.S. stamps. The statute, in relevant part, states: "Whoever embezzles, steals, purloins, or knowingly converts to his use . . . any record, voucher, money, or thing of value of the United States or of any department or agency thereof . . . shall be fined under this title or imprisoned not more than one year, or both."

2

**PROBABLE CAUSE TO ARREST CASTILLO**

8. The facts set forth in this affidavit concern a string of thefts and attempted thefts of stamps from various United States Post Offices in the Stockton and Modesto areas, State and Eastern District of California. In each of the thefts or attempts described below, law enforcement obtained surveillance footage of the incident. The individual in captured on surveillance footage in each post office matched the defendant, Roxanne Castillo. In several thefts, Castillo's tattoos are visible on the security footage, and the tattoos match those known to law enforcement from prior arrests.

9. In addition, Postal Inspectors spoke with Castillo via telephone on January 15, 2025. Castillo confirmed her identity to Postal Inspectors and stated that she knew Inspectors were calling about the stamp theft. During the call, Castillo admitted that she took stamps to support her drug addiction. Castillo did not state specifically when she stole stamps or how many she took. Castillo stated she would come to Postal Inspectors voluntarily and repay the amount stolen, but never came to law enforcement or paid back any money to compensate for the stolen stamps.

*Castillo's Attempted Theft from Arch Airport Post Office*

10. Agents linked Castillo to an attempted theft of stamps at the Arch Airport Post Office, located in Stockton on July 6, 2023. The postal manager informed Inspectors of an attempted theft of stamps, and agents reviewed security camera footage and spoke with the postal clerk on duty. At approximately 10:45 a.m., Castillo entered the Arch Airport Post Office. Castillo gathered numerous retail items and approached the counter.



3

11. According to the clerk who assisted Castillo, she then requested a large quantity of stamps. The postal clerk took several rolls of stamps and Castillo placed them inside one of the boxes she brought to the counter. The postal clerk watched closely after handing the stamps over to Castillo, and confirmed that Castillo placed the stamps inside one of the boxes she brought to the counter.

12. Castillo then attempted to pay for the purchases with a credit card. Castillo swiped her credit card, but the card declined. The postal clerk retained all items, including the box containing the stamps, while Castillo left the post office. Castillo did not return with another method of payment and the clerk cancelled the transaction.

### *Castillo's Attempted Theft from Homestead Post Office*

13. Agents also linked Castillo to another attempted theft of stamps at the Homestead Post Office in Stockton. On July 6, 2023, at approximately 1:50 p.m., surveillance footage of the post office showed the Castillo approach the counter with a large number of retail items. Castillo appears in the same clothes and looking the same as the earlier attempt in Arch Airport. Castillo again placed the retail items on the counter and sought to purchase the items and a large quantity of stamps from the postal clerk.



14. According to the Postal Clerk who assisted Castillo, Castillo requested a large quantity of stamps. The clerk also stated that she recognized Castillo from a previous attempt to pay for merchandise with a bad check and refused to provide the stamps to Castillo until after she paid for the merchandise. Castillo can then be seen on the security footage leaving the store and leaving all items at the counter. The postal clerk never produced the stamps requested by Castillo and cancelled the transaction.

4

*Castillo's Theft from Stockton Main Post Office*

15. On July 6, 2023, the Stockton Main Post Office contacted Postal Inspectors about a theft of stamps that took place earlier that day.  After reviewing the security camera footage and interviewing the postal clerk on duty, Inspectors again determined that Castillo was involved and stole the stamps in question.  Inspectors identified Castillo as the suspect based on comparison to known photographs and descriptions of Castillo's known tattoos, which were visible in the surveillance footage.



16. In the surveillance footage, Castillo was seen approaching the post office counter at approximately 2:40 p.m. holding numerous retail items.  The postal clerk on duty began to assist Castillo and started scanning the items Castillo brought to the counter.  During the transaction, the clerk provided Castillo with three rolls of stamps placing the stamps on top of one of the boxes of items Castillo brought to the counter.  Castillo then took the stamps and placed them in her purse while the clerk answered a question from another individual in the office.

 

5

17. The clerk next provided Castillo with ten books of stamps, later telling Postal Inspectors that Castillo had requested more rolls of stamps than the clerk had at the time. The clerk placed the stamps on the counter and Castillo placed the stamps in her wallet while holding her wallet behind one of the boxes containing the retail goods that Castillo had brought to the counter.



18. The Postal clerk then rang up the total, and Castillo attempted to pay with a credit card. According to the postal clerk, the card declined, and Castillo stated that she would get another method of payment from her sister in the parking lot. Castillo can then be seen leaving the post office and driving off in a silver Ford SUV. After 30 minutes, and with Castillo not returning, the postal clerk voided the transaction and began returning the items Castillo brought up to the register. At this point, the clerk noticed that the rolls and books of stamps were not among the merchandise left at the counter, and that Castillo had in fact taken the stamps.

19. In total, Castillo left the Stockton Main Post Office with three rolls and ten books of stamps. The value of the stolen property from Stockton Main Post Office totaled $330.

*Castillo's Second Attempted Theft from Arch Airport Post Office*

20. On April 26, 2024, Castillo again entered the Arch Airport Post Office. As seen on security camera footage, Castillo again approached the counter with a large number of retail items. According to the clerk who assisted Castillo, she requested nine rolls of stamps to purchase with the retail items she brought to the counter.

6



21. When Castillo requested the stamps, the clerk on duty told Castillo that she would need to provide a form of ID in order to complete the purchase. According to the Clerk, Castillo then said that her ID was in her vehicle, and she needed to retrieve it. Castillo left the post office leaving the retail items on the counter without making any purchase. After waiting, the clerk voided the transaction and put the items away. The clerk never provided Castillo with the requested stamps.

*Castillo's Theft from Modesto Main Post Office*

22. On September 13, 2024, Inspectors tied Castillo to another theft at the Modesto Main Post Office located in Modesto. Inspectors again reviewed security footage and spoke with the clerk on duty concerning the theft. At approximately 1:29 p.m., the security footage showed Castillo approaching the counter with retail items that she allegedly wished to purchase. The clerk began ringing up the items Castillo brought to the counter.



23. Castillo then requested six rolls of stamps from the clerk, telling the clerk she planned to mail the stamps to a friend. When the clerk provided the stamps, Castillo placed the stamps in a mailing envelope, then placed the envelope in

7

her purse. Castillo concealed her purse behind a box she brought to the counter while placing the stamps inside so that the clerk could not see what Castillo was doing. The clerk later stated to Inspectors that she believed Castillo had placed the envelope containing the stamps in the shipping box, in keeping with Castillo's stated desire to mail the stamps to a friend.

 

24. After the clerk rang up all the items, Castillo attempted to pay for the purchase with a check. The clerk informed Castillo that because Castillo's ID did not match the name on the check, she could not accept the check as payment. Castillo then stated that she would get another form of payment from her vehicle. Security footage shows Castillo leaving the building and driving off in a gold SUV with a black roof rack. When Castillo failed to return and complete the purchase, the clerk voided the sale and began putting items away, at which point she noticed that the stamps were not in the items Castillo left on the counter.

25. The total value of the six rolls of stamps Castillo took from Modesto Main Post Office was $438.

*Subsequent Investigation of Castillo*

26. Agents continued to investigate Castillo. On December 26, 2024, Inspectors conducted surveillance of 1804 Hunt Avenue in Modesto, an address known to be associated with Castillo. During surveillance, Inspectors observed a gold Chevy SUV with a black roof rack and California license plate 9KBR265

8

parked on the street outside the residence. This vehicle matches the vehicle Castillo used to leave the Modesto Main Post Office after the September 13, 2024 theft. During this surveillance, an individual exited 1804 Hunt Avenue, walked to the Inspector's vehicle, and proceeded to yell at Inspectors that she was going to call the police. Inspectors identified the individual as Castillo by observing her known tattoos on both arms.



27. On January 13, 2025, Inspectors contacted San Joaquin County Probation, as Castillo was on remote location monitoring as part of her probation status in an unrelated case. Probation provided Castillo's location from September 13, 2024. From 1:27 p.m. through 1:40 p.m., Castillo's location pinged at 715 Kearney Ave, Modesto, the same address as the Modesto Main Post Office.

28. On January 14, 2025, Inspectors returned to 1804 Hunt Avenue in an attempt to contact Castillo. Inspectors went to the door and were met with an individual who identified herself as Castillo's daughter. Castillo's daughter stated that Castillo was not at the residence at the time but provided a phone number to Inspectors.

29. On January 15, 2025, Inspectors called the number provided by Castillo's daughter and spoke to an individual who self-identified as Castillo. Castillo stated over the phone that she knew Inspectors were attempting to get in contact about the stamp thefts. Castillo stated to Inspectors that she took the stamps because the opportunity presented itself and to support her drug habit. Castillo also stated that she would come to Inspectors that week to

pay back the cost of the stamps she took. Castillo never followed up with Inspectors nor paid for any of the stolen stamps.

## **CONCLUSION**

30. Based on the above information, I believe that there is probable cause to believe that Castillo stole $768 worth of stamps from the United States Postal Service, in violation of 18 U.S.C. § 641. I hereby request that this court issue an arrest warrant for Castillo.

## **REQUEST FOR SEALING**

31. It is respectfully requested that this Court issue an order sealing, until further order of the Court, the Complaint, Complaint affidavit and Arrest Warrant. I believe that sealing these documents is necessary to prevent potential destruction of evidence, and enable a safe arrest. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the investigation.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

    /s/ Elizabeth A. Foley
ELIZABETH A. FOLEY
U.S. Postal Inspector

Sworn and Subscribed to me telephonically,
on June 25, 2025,

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

__/s/ J. DOUGLAS HARMAN__
J. DOUGLAS HARMAN
Assistant United States Attorney

10

## United States v. Roxanne Castillo
### Penalties for Information

**Defendants**
**Roxanne Castillo**

**COUNTS 1-2:**

VIOLATION: 18 U.S.C. § 641 – Theft of public money, property, or records

PENALTIES: Maximum of 1 year in prison; or
Fine of up to $100,000; or
Both fine and imprisonment;
Supervised Release of not more than one (1) year

SPECIAL ASSESSMENT: $25 (mandatory on each count)

**FORFEITURE ALLEGATION:**  all Defendants

VIOLATION:

PENALTIES: As stated in the charging document