UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 13, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ROXANNE LEE CASTILLO,

   Defendant.

Case No. 2:25-mj-00098-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROXANNE LEE CASTILLO, Case No. 2:25-mj-00098-AC, Charge 18 U.S.C. § 641, from custody for the following reasons:

 x Release on Personal Recognizance

   Bail Posted in the Sum of $

    Unsecured Appearance Bond $

    Appearance Bond with 10% Deposit

    Appearance Bond with Surety

    Corporate Surety Bail Bond

 x (Other): Released forthwith with terms as stated on the record. Defendant must report telephonically to the Pretrial Services Agency on the first working day following release.

Issued at Sacramento, California on August 13, 2025, at 2:15 PM.

By: _____

Magistrate Judge Sean C. Riordan