HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
ROXANNE LEE CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROXANNE LEE CASTILLO,<br><br>Defendant. | Case No. 2:25-cr-00198-AC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND CONVERT TO CHANGE OF PLEA HEARING; [PROPOSED] ORDER<br><br>Date: October 20, 2025<br>Time: 10:00 AM<br>Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney J. Douglas Harman, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Megan T. Hopkins, attorney for defendant Roxanne Lee Castillo, that the previously-scheduled status conference hearing date of October 20, 2025, be continued to **December 15, 2025**, at 9:00 a.m. It is further stipulated that the hearing be converted to a change of plea, as Ms. Castillo has tentatively accepted the terms of a written plea agreement with the government. Ms. Castillo intends to execute the agreement prior to Court on December 15, 2025, and will proceed with a change of plea at that time.

Ms. Castillo is currently participating in the residential drug and alcohol treatment program at WestCare, in Fresno, CA. She has limited means to come to Court, and is already scheduled to appear at 2:00 p.m. on December 15, 2025 for a status of release hearing. Resetting the hearing in this matter to the same date will allow her to travel to Court just once and

accomplish both hearings, which will allow her to conserve her very limited resources. The parties agree that there is good cause for the continuance, and so request it.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 20, 2025 to December 15, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from the request of the defense in order to complete review of discovery and defense investigation, and to assist Ms. Castillo with preparation for her change of plea.

Respectfully submitted,

Dated: October 16, 2025         HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Megan T. Hopkins
                                MEGAN T. HOPKINS
                                Assistant Federal Defender
                                Attorney for Defendant
                                ROXANNE LEE CASTILLO

Dated: October 16, 2025         ERIC GRANT
                                United States Attorney

                                /s/J. Douglas Harman
                                J. Douglas Harman
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

Stipulation and Proposed Order to Continue S/C and convert to COP

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The status conference previously set for October 20, 2025, is hereby converted to a change of plea hearing and continued to December 15, 2025, at 9:00 a.m. Time shall be excluded between October 20, 2025, and December 15, 2025, pursuant to Local Code T4.

Dated: October 16, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE