HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
ROXANNE LEE CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00198-AC |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |
| vs. | |
| ROXANNE LEE CASTILLO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney J. Douglas Harman, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Megan T. Hopkins, attorney for defendant Roxanne Lee Castillo, that the pretrial release special condition number two (2), that she participate in the substance abuse treatment program at WestCare inpatient facility, be modified to require that Ms. Castillo participate in the substance abuse treatment program at Nirvana Women's Residential Treatment Program.

Ms. Castillo is currently participating in the residential drug and alcohol treatment program at WestCare, in Fresno, CA. She is doing well at the program, and is nearing a month and a half of sobriety, which is a significant milestone for her. The location of the WestCare program, however, is too far from her family to allow for visitation. Additionally, the program is co-ed, which Ms. Castillo has concerns about. Finally, certain aspects of the program do not fully

align with Ms. Castillo's best interests in maintaining her sobriety and receiving mental health counselling in addition to substance abuse treatment.

Ms. Castillo has now been accepted to the Nirvana Women's Residential Treatment Program in Modesto, California, and an intake appointment has been scheduled for 11:00 a.m. on Monday, November 3, 2025. Ms. Castillo is more comfortable with this program, which is located close to her children and will facilitate more in-person communication opportunities with her legal counsel, is a women-only facility, and offers similar a treatment modality to WestCare[1], with a more extensive mental health treatment protocol, including one-on-one counselling in addition to group therapy sessions averaging 30 hours per week. The program is more intimate, with only 16 beds, and participants receive an individualized treatment plan tailored to their needs for recovery.

Notably, the parties have reached a plea agreement in this case, the terms of which include Ms. Castillo's participation in and completion of the Nirvana program. It is therefore more efficient for judicial economy that Ms. Castillo begin treatment at Nirvana as soon as practicable. Accordingly, and for all of the reasons set forth above, the parties request an order from this Court modifying the conditions of pretrial release to allow her transfer from the WestCare facility to the Nirvana facility.

///
///
///
///
///
///
///
///

---

[1] Nirvana Women's Residential Treatment Program is a DHCS level 3.1 modality, and their facilities are licensed and certified for inpatient treatment.

The parties further agree that all other conditions of pretrial release should remain in full force and effect. The pretrial services officer does not oppose the requested modification.

Respectfully submitted,

Dated: October 28, 2025

HEATHER E. WILLIAMS
Federal Defender

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
ROXANNE LEE CASTILLO

Dated: October 28, 2025

ERIC GRANT
United States Attorney

/s/ J. Douglas Harman
J. Douglas Harman
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT all references to WestCare in the Special Conditions of Release Numbers Two (2) and Thirteen (13) will be replaced with a reference to Nirvana Women's Residential Treatment Program. All other conditions of pretrial release shall remain in force

Dated: October 29, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE