ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00198-AC |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF JUDGMENT AND SENTENCING; FINDINGS AND ORDER |
| v. | |
| ROXANNE LEE CASTILLO, | DATE:    April 6, 2026 |
| Defendant. | TIME:    09:00 a.m. |
| | COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Roxanne Lee Castillo, by and through her counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for judgment and sentencing on April 6, 2026.

2.    By this stipulation, the parties now move to continue the admit/deny hearing until April 13, 2026 at 9:00 a.m.

3.    Counsel for the government cannot attend the currently scheduled date for judgment and sentencing due to an unavoidable family obligation. When informed of the conflict, defense and the assigned probation officer requested the sentencing be delayed, rather than advanced, as the parties are still considering the PSR and any applicable objections.

4.    Neither the assigned probation officer nor defense oppose the requested continuance.  All parties and the court have been confirmed available for the new proposed date

STIPULATION RE CONTINUANCE OF JUDGMENT AND SENTENCING

1

5.      The parties and the assigned probation officer now propose the new disclosure schedule as outlined below to align with the new proposed sentencing date:

a)      Informal Objections: due March 16, 2026

b)      Final PSR: due March 23, 2026

c)      Formal Objections: due March 30, 2026

d)      Replies to Formal Objections: due April 6, 2026

e)      Judgment and Sentencing: April 13, 2026

IT IS SO STIPULATED.

Dated:  March 11, 2026                            ERIC GRANT
                                                 United States Attorney


                                                 /s/ *J. DOUGLAS HARMAN*
                                                 J. DOUGLAS HARMAN
                                                 Assistant United States Attorney


Dated:  March 11, 2026                            /s/ *MEGAN T. HOPKINS*
                                                 MEGAN T. HOPKINS
                                                 Counsel for Defendant
                                                 ROXANNE LEE CASTILLO


**ORDER**

**IT IS SO ORDERED** that the judgment and sentencing currently scheduled for April 6, 2026 is hereby continued to April 13, 2026 at 9:00 a.m.  The disclosure schedule jointly proposed by the parties is hereby **ADOPTED**.

DATED:  March 11, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE CONTINUANCE OF JUDGMENT AND SENTENCING                    2